IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02546-WYD-CBS

MARK ALAN STREPKA,

    Plaintiff,

v.

MATTHEW SAILORS, individually and in his official capacity as Police Officer for the City of Sheridan, Colorado, and
MIKE WILLIAMS, individually and in his official capacity as Police Officer for the City of Sheridan, Colorado,

    Defendants.

F I L E D
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAR 1 6 2006

GREGORY C. LANGHAM
CLERK

## ORDER GRANTING SERVICE BY UNITED STATES MARSHAL

THIS CAUSE came before the Court on the affidavit in support of the motion for leave to proceed without prepayment of fees or security pursuant to 28 U.S.C. § 1915. The Court has granted the plaintiff leave to proceed *in forma pauperis*. It now is

ORDERED that, if appropriate, the Clerk shall attempt to obtain a waiver of service from the defendants. If unable to do so, the United States Marshal shall serve a copy of the complaint, summons, order granting leave to proceed pursuant to 28 U.S.C. § 1915, and all other orders upon the defendants. If appropriate, the Marshal shall first attempt to obtain a waiver of service of these documents pursuant to Fed. R. Civ. P. 4(d). All costs of service shall be advanced by the United States. It is

FURTHER ORDERED that the defendants or counsel for the defendants shall respond to the complaint as provided for in the Federal Rules of Civil Procedure after service of process on the defendants.

Dated: 3/15/06

BY THE COURT:

/s/ Wiley Y. Daniel
UNITED STATES DISTRICT JUDGE

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

**CERTIFICATE OF MAILING**

Civil Action No.  05-cv-02546-WYD-CBS

Mark Alan Strepka
Prisoner No. 104254
Delta Corr. Center
4102 Sawmill Mesa Road
Delta, CO 81416-0000

US Marshal Service
Service Clerk
Service forms for: Matthew Sailors, and Mike Williams

    I hereby certify that I have mailed a copy of the ORDER to the above-named individuals, and the following forms to U.S. Marshal for service of process on Matthew Sailors, and Mike Williams: COMPLAINT FILED 12/16/05, SUMMONS, AND CONSENT FORM on  3/16/06  .

GREGORY C. LANGHAM, CLERK

By: _____
          Deputy Clerk