IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02546-WYD-CBS

MARK ALAN STREPKA,
    Plaintiff,
v.

MATTHEW SAILORS, and
MIKE WILLIAMS,
    Defendants.
_____

ORDER
_____

    This civil action comes before the court on:(1) Strepka's "Notice and Request for Court Order" (filed July 3, 2006) (doc. # 24), and (2) Strepka's "Unopposed Motion for Exten[s]ion of Time to File Reply Brief" (filed July 3, 2006) (doc. # 25).  Pursuant to the Order of Reference dated March 22, 2006 (doc. # 11) and the memoranda dated July 5, 2006 (docs. # 26 and # 27), these matters were referred to the Magistrate Judge.  The court having reviewed Strepka's motions, the entire case file, and the applicable law and being sufficiently advised in the premises,

    IT IS ORDERED that:

    1.    Strepka's "Notice and Request for Court Order" (filed July 3, 2006) (doc. # 24) is DENIED as unnecessary.  In its Minute Order dated June 19, 2006 (doc. # 21), the court has already directed that Plaintiff, or his case manager, shall arrange for his participation via telephone and shall call the court at (303) 844-2117 at 9:15 a.m. on July 28, 2006.

    2.    Strepka's "Unopposed Motion for Exten[s]ion of Time to File Reply Brief" (filed July 3, 2006) (doc. # 25) is GRANTED.  Strepka may file his reply brief to Defendants' Opposition to Plaintiffs' Summary Judgment Motion **on or before July 26, 2006**.

DATED at Denver, Colorado, this 5th  day of July, 2006.

BY THE COURT:

  /s/   Craig B.  Shaffer

United States Magistrate Judge