IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 05-cv-02546-WYD-CBS

MARK ALAN STREPKA,

    Plaintiff,

v.

MATTHEW SAILORS,
MIKE WILLIAMS, each in their individual and official capacities,

    Defendants.
_____

ORDER GRANTING UNOPPOSED MOTION
FOR LEAVE TO DEPOSE PRISONER PLAINTIFF
_____

**THIS MATTER**, having come before the Court, the Court having received and reviewed the Unopposed Motion for Leave to Depose Prisoner Plaintiff and the file, having considered said Unopposed Motion for Leave to Depose Prisoner Plaintiff, and being fully advised in the premises, the Court hereby

**ORDERS** that the Unopposed Motion for Leave to Depose Prisoner Plaintiff is **GRANTED**. Defendants are hereby granted leave to depose Plaintiff on October 17, 2006, at 9:00 a.m., at the place of Plaintiff's incarceration.

DATED at Denver, Colorado, this 2nd day of October, 2006.

                                            BY THE COURT:

                                            *s/Craig B. Shaffer*
                                            Craig B. Shaffer
                                            United States Magistrate Judge