**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 05-cv-02546-WYD-CBS**          FTR-Reporter Deck Courtroom A402
**Date: December 12, 2006**                                    **Courtroom Deputy:** Ben Van Dyke

MARK ALAN STREPKA,                                          Pro se, via telephone

   **Plaintiff,**

   v.

MATTHEW SAILORS, and                                       Elliot J. Scott
MIKE WILLIAMS,                                                       Eric M. Ziporin

   **Defendants.**

---

**COURTROOM MINUTES/MINUTE ORDER**

---

**HEARING: MOTIONS HEARING**
**Court in Session:     9:20 a.m.**
Court calls case. Appearances of counsel and pro se plaintiff.

The Court discusses the pending discovery motion with defense counsel and pro se plaintiff.

**ORDERED:** **Plaintiff's Motion to Compel Discovery Requests to Defendants dated October 23, 2006 (doc. 41) is denied for the reasons stated on the record.**

**ORDERED:** **Plaintiff's Motion for Extension of Time for Discovery Cut-Off dated October 24, 2006 (doc. 42) is granted for the reasons stated on the record. The discovery cut-off is extended forty-five (45) days to January 26, 2007 for the limited purpose of allowing the parties to complete responses to currently outstanding discovery requests.**

**ORDERED:** **Defendants' Motion for Protective Order dated November 11, 2006 (doc. 46) is denied for the reasons stated on the record.**

**ORDERED:** **Plaintiff's Motion for Exclusion of Previously Suppressed Evidence dated November 14, 2006 (doc. 48) is denied without prejudice for the reasons stated on the record.**

**ORDERED:** **Plaintiff's response to Defendants' Motion to Compel dated December 1, 2006 (doc. 57) is due by December 29, 2006.**

**ORDERED:** **Plaintiff's oral motion to withdraw Plaintiff's Summary Judgment Motion and Affidavit (doc. 19) is granted.  Plaintiff's Summary Judgment Motion and Affidavit (doc. 19) are hereby withdrawn without prejudice.**

**ORDERED:** **The dispositive motions deadline is reset to February 28, 2007.**

HEARING CONCLUDED.

**Court in Recess**:   10:32 a.m.
Total In-Court Time:   01:12