IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

Civil Action No. 05-cv-02546-WYD-CBS

MARK ALAN STREPKA,

    Plaintiff,

v.

MATTHEW SAILORS, and
MIKE WILLIAMS,

    Defendants.

## MINUTE ORDER

**ORDER ENTERED BY MAGISTRATE JUDGE CRAIG B. SHAFFER**

    THIS MATTER IS before the court upon a review of Defendants' Motion to Set Status Conference (*doc. no. 94*).

    IT IS HEREBY ORDERED that a telephonic conference call with the court is set for **May 29, 2007, at 11:30 a.m. (Mountain Time)**. Counsel for the Defendants shall create a conference call by getting Plaintiff on the line and contacting the Court, (303) 844-2117, at the scheduled time.

**DATED:**    May 15, 2007