# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLORADO
**Magistrate Judge Craig B. Shaffer**

**Civil Action No.: 05-cv-02546-WYD-CBS**          **FTR** - Reporter Deck - Courtroom A402
**Date: May 29, 2007**                              **Courtroom Deputy:** Ben Van Dyke

MARK ALAN STREPKA,                                  Pro se, via telephone

    **Plaintiff,**

    v.

MATTHEW SAILORS, and                                Elliot J. Scott, via telephone
MIKE WILLIAMS,                                      Eric M. Ziporin, via telephone

    **Defendants.**

## COURTROOM MINUTES/MINUTE ORDER

**HEARING:   TELEPHONIC STATUS CONFERENCE**
**Court in Session:      11:35 a.m.**
Court calls case.  Appearances of defense counsel and pro se plaintiff.

**ORDERED:**   The Motion to Set Status Conference [filed May 11, 2007; doc. 94] is granted.

**ORDERED:**   Plaintiff shall have ten (10) days from today's date to object to the Recommendation of United States Magistrate Judge [doc. 90].

**Court goes off the record to discuss settlement:      11:49 a.m.**

Each party shall submit an Updated Confidential Settlement Statement to Magistrate Judge Shaffer **on or before June 12, 2007** outlining the facts and issues in the case and the party's settlement position. In addition, each party shall disclose what it is willing to offer or accept in settlement.

Parties participating in ECF shall e-mail Confidential Settlement Statements, which are fifteen (15) pages or less including attachments, in PDF format to **Shaffer_Chambers@cod.uscourts.gov**.  ALL Confidential Settlement Statements that are over fifteen (15) pages including attachments are to be submitted to the court as hard copies and shall be delivered to the office of the Clerk of the Court in an envelope marked "PRIVATE PER MAGISTRATE JUDGE SHAFFER'S ORDERS."

HEARING CONCLUDED.

**Court in Recess:      11:56 a.m.**                Total In-Court Time:      00:21