IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Judge Wiley Y. Daniel**

Civil Action No.  05-cv-02546-WYD-CBS

MARK ALAN STREPKA,

    Plaintiff(s),

v.

MATTHEW SAILORS; and
MIKE WILLIAMS,

    Defendant(s).

## ORDER OF DISMISSAL

    THIS MATTER is before the Court on the Stipulation for Dismissal of Matthew Sailors, filed by the parties on August 24, 2007 (docket #110).  Pursuant to the Stipulation, it is hereby

    ORDERED that all claims and causes asserted against Defendant Matthew Sailors are **DISMISSED WITH PREJUDICE**, and the parties shall bear responsibility for their own costs and attorney's fees.

    Dated:  August 29, 2007

                                    BY THE COURT:

                                    s/ Wiley Y. Daniel
                                    Wiley Y. Daniel
                                    U. S. District Judge